

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00360-CV

## IN RE SUSANNE CLAIRE WORKMAN

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
      (Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed December 8, 2010
[OT06]